

May 2, 2019

**DOUGLAS C. PALMER**
**CLERK OF THE COURT**
**UNITED STATES DISTRICT COURT**

                                                                               **RE**: George, Melvin
                                                                               **Docket #**: 13CR00120
                                                                               **Transfer of Jurisdiction**

Reference is made to Melvin George (George), who was sentenced on December 18, 2014, in the District of Vermont (D-VT), by the Honorable J. Garvan Murtha, U.S. District Court Judge, to sixty (60) months' custody, thirty-six (36) months' supervised release, and a $100 special assessment fee. The following special conditions were imposed: 1) substance abuse treatment and testing; and 2) a search condition. This sentence followed his guilty plea for Conspiracy to Distribute Heroin and Cocaine Base, in violation of 21 U.S.C. §  846; 841(b)(1)(C), a Class C felony.

On July 18, 2017, George commenced his term of supervised release in the Eastern District of New York (EDNY) given George's residence in Brooklyn, New York.

Due to George's residence, strong family ties to the EDNY, and the possibility for future court appearances, the D-VT signed an order to transfer jurisdiction to the EDNY.

Attached please find two copies of Probation Form 22, Transfer of Jurisdiction signed by the U.S. District Court Judge J. Garvan Murtha. Should you have any question or require additional information, please contact the undersigned officer at 347-534-3674.

_____
Samantha Miller
U.S. Probation Officer

_____
Yara X. Suarez
Supervisory U.S. Probation Officer